UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

In re

MELANIE MATERAZZI

Debtor.
_____/

CASE NO. 11-25528-RAM

CHAPTER 7


CHRISTOPHER SCARANO, CREDITOR,

Plaintiff,                                                              Adv. Pro. No. 12-01089-RAM

v.

MELANIE MATERAZZI,

Defendant.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT
JUDGEMENT AGAINST DEFENDANT MELANIE MATERAZZI**

Plaintiff, CHRISTOPNER SCARANO, Creditor (the "Plaintiff"), by and through his undersigned counsel, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, as made applicable to this proceeding by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Local Rule 7055-1, hereby files this Motion for Entry of Final Default Judgment Against Defendant MELANIE MATERAZZI (the "Defendant"), and in support thereof states as follows:

1. On January 30, 2012, this adversary proceeding was filed seeking to deny the Defendant's discharge under Sections 727 (a)(2)(A), 727(a)(2)(B), 727(a)(3), 727(a)(4)(A)& (D), and 727(a)(7) of the bankruptcy code.

2. On January 31, 2012 the Defendant was served Summons and Notice of Pretrial/Trial in an Adversary Proceeding, Adversary Complaint, and Order Setting Filing and Disclosure Requirements for Pretrial and Trial at her last and usual address, as indicated in her bankruptcy petition.[1] (See D.E. # 4)

3. Pursuant to the summons issued by the Court (D.E. #2), an answer or other responsive pleading was due to be served on or before March 1, 2012.

4. The Defendant has failed to serve an answer or any other form of responsive pleading to the Plaintiff's Complaint as required by law and this Court's Order Setting Filing and Disclosure Requirements for Pre-Trial and Trial (D.E. # 3).

5. The Clerk of the Court entered a Default against the Defendant on March 19, 2012. (D.E. #7).

6. Based upon the foregoing, the Plaintiff requests that the Court enter a Final Default Judgment against the Defendant, denying her a discharge pursuant to 11 U.S.C. Section 727 (a)(2)(A), 727(a)(2)(B), 727(a)(3), 727(a)(4)(A)& (D), and 727(a)(7). The Plaintiff also requests that he be awarded his legal fees and costs pursuant to Fed. R. Bankr. P. 7054(b) and Local Rule 7054-1.

7. The Plaintiff has attached hereto and incorporated herein as Exhibit "A" a proposed form of Final Default Judgment.

WHEREFORE, the Plaintiff requests the Court to grant the relief requested herein and to grant such other relief as may be just and proper.

---

[1] Plaintiff's Counsel also emailed a copy of the Summons and Notice of Pretrial/Trial in an Adversary Proceeding, Adversary Complaint and Order Setting Filing and Disclosure Requirements for Pretrial and Trial to the Pro Se

**ATTORNEY CERTIFICATION**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was furnished to all parties entitled to electronic notice in this case via CM/ECF and/or via U.S. Mail and U.S. MAIL CERTIFIED RETURN RECEIPT to the parties on the Service List to the original of this notice on March 27, 2012.

>Respectfully submitted,
>
>Matthew Mazur, P.A.
>Counsel for Christopher Scarano
>2655 LeJeune Road, Suite 500
>Coral Gables, FL 33134
>Phone: (305) 466-3328
>Fax:    (786) 347-6042
>E-mail: mmazurjr@mazur-law.com
>
>By: ___/s/ Matthew E. Mazur, Jr_____
>       Matthew E. Mazur, Jr., Esq
>       FBN: 0144614

**Service List**

Melanie Materazzi
808 Brickell Key Drive Suite 1201
Miami, Florida 33131
*Via Regular Mail*
*Via Certified Mail Return Receipt No. 7011 0470 0000 4070 8942*
*Via E-mail 4999803@gmail.com*

---

Debtor's email address that was provided by Pro Se Debtor in open court, 4999803@gmail.com, on February 13, 2012. Plaintiff's counsel waited 30 additional days from the date of this email before moving for default.

*Exhibit A*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

In re

MELANIE MATERAZZI

Debtor.
_____/

CASE NO. 11-25528-RAM

CHAPTER 7

CHRISTOPHER SCARANO, CREDITOR,

Plaintiff,

v.

MELANIE MATERAZZI,

Defendant.
_____/

Adv. Pro. No. 12-01089-RAM

**DEFAULT FINAL JUDGMENT AGAISNT DEFENDANT MELANIE MATERAZZI**

Upon consideration of the Plaintiff's Motion for Entry of Final Default Judgment Against Defendant Melanie Materazzi ("Motion") [D.E. # ____] filed by Creditor, Christopher Scarano, and it appearing from the record of this Adversary Proceeding that an entry of default was entered by the Clerk of Court against the Defendant on March 19, 2012 [D.E. # 7], which this Court reaffirms as meeting all of the requirements established by law and the Rules of this Court, and it appearing that the Clerk's Default was entered due to the Defendant's failure to answer or otherwise respond to the Complaint as required by Fed. R. Bankr. P. 7012 and it further appearing that pursuant to Fed. R. Bankr. P. 7055 that the Plaintiff is entitled to a Final Default Judgment against the Defendant as a matter of law on all counts in the Complaint, it is:

ADJUDGED AND ORDERED that:

1. The Motion is GRANTED.

2. Final Default Judgment is entered in favor of Creditor, Christopher Scarano and against the Debtor pursuant to 11 U.S.C. Section 727 (a)(2)(A), 727(a)(2)(B), 727(a)(3), 727(a)(4)(A)& (D), and 727(a)(7) and as such the discharge of the Debtor is DENIED.

3. The Court reserves jurisdiction to award the Plaintiff his reasonable attorney's fees and costs incurred in connection with bringing and prosecuting this action against the Defendant and to enter any other and further orders for post-judgment relief as may be appropriate.

# # #

Copy to: Matthew E. Mazur, Jr., Esq.
Attorney Mazur is directed to serve a conformed copy of this Order and a certificate of service in accordance with the rules of this Court.